1  MICHELE BECKWITH
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**

Feb 20, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF          | CASE NO: 2:22-SW-00854-KJN
   | INFORMATION ASSOCIATED WITH
12 | CELLULAR TELEPHONE NUMBER (650)         | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH
   | 391-8550, THAT IS STORED AT A           | WARRANT AND RELATED FILINGS
13 | PREMISES OWNED, MAINTAINED,
   | CONTROLLED, AND/OR OPERATED BY
14 | AT&T, INCORPORATED, A WIRELESS
   | TELEPHONE SERVICE PROVIDER
15 | HEADQUARTERED AT 208 SOUTH
   | AKARD STREET, DALLAS, TEXAS
16

17

18     Upon application of the United States of America and good cause having been shown,

19     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

20

21  Dated: February 20, 2025

                                            _____
22                                          THE HONORABLE JEREMY D. PETERSON
                                            United States Magistrate Judge
23